13-00069-SAG

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB -6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:

CASE NUMBER:

**2653 Didelphis Drive**
**Odenton, Maryland 21113**

**13-0069SAG**

TO:   DEA Task Force Officer Matthew Wires,
       and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**2653 Didelphis Drive, Odenton, Maryland 21113**, further described as a 3 story townhouse with a white vinyl siding exterior. Under the first floor windows the wall is red brick. The residence has a tan colored front door with small windows over the top of it. The numbers "2653" are located in black numbers to the right of the front door. There are two windows to the right of the door (facing the home). The residence has an attached garage located to the rear of the residence. The numbers "2653" can be located to the right side of the white metal garage door. The numbers are black in color. The residence has a deck located in the rear of the residence with a glass sliding rear entrance. The residence is located in a group of town homes located at the intersection of Pediment Avenue and Didelphis Drive. Two concrete steps leads to the front of the residence.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before __1/28/13__
                                                     Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

__1/4/13__ at Baltimore, Maryland
Date and Time Issued
__11:10am__

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#7) AUSAs Carey/Smith

| | RETURN | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13  0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>See Hwang |
| INVENTORY MADE IN THE PRESENCE OF  See Hwang | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S Judge or Magistrate                                  Date

A. 3rd floor master bedroom

    1 - $520.00 U. S. currency

    2 - white "I phone"

    3 - three cell phones, thumb drive and power cord

    4 - checks of "Sarubia Vorhees"

    5 - CD marked "4/24/06"

    6 - 22. caliber cartridge

B. 3rd floor master bedroom closet

    7 - Ziploc bag of U. S. currency

    8 - $20.00 U. S. currency

    9 - spiral notebook and "Deed" paperwork

    10 - magazine for AK47

    11 - various documents

C. 3rd floor front bedroom

    12 - three keys

    13 - checks of "Sarubia Vorhees"

    14 - box of documents

    15 - four Cd's

D. 2nd floor living room / office

    16a - two laptops

    16b - various documents (invoices)

    17 - various documents

    18 - thumb drive, "I pod"

    19 - various documents

    20 - "Dell" hard drive serial # 5XD7K71DELL

E. 2nd floor bathroom

    21 - "Samsung" tablet

    22 - various documents

F. 2nd floor kitchen

    23 - digital camera

   24 - various documents
   25 - various documents
   26 - thumb drive
   27 - "Gucci" wallet in a box
G. 1st floor bathroom
   28 - ziploc bag of green leafy substance
   29 - four ziploc bags of green leafy substance
H. white Honda Accord Maryland tag # 9DCP16
      VIN # 1HGCG22512A013237
   30 - five cell phones
   31 - laptop and charger
   32 - brief case with documents
   33 - various documents and keys
I. garage
   34 - two photos and documents
   35 - "Red Queen Media" business cards